**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 19, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 7120

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                       Case Number:

Chicago Regional Council of Carpenters Pension Fund et al.
v. Seater Construction Co., Inc.

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All Plaintiffs

| | |
|---|---|
| NAME (Type or print) <br> Kevin P. McJessy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kevin P. McJessy | |
| FIRM <br> McJessy Ching & Thompson, LLC | |
| STREET ADDRESS <br> 3759 N. Ravenswood, Suite 231 | |
| CITY/STATE/ZIP <br> Chicago, IL  60613 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229825 | TELEPHONE NUMBER <br> (773) 880-1260 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |