AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Chicago Regional Council of Carpenters
Pension Fund, et al.

CASE NUMBER: 07 C 7120

V.

ASSIGNED JUDGE: Darrah

Seater Construction, Inc.

DESIGNATED
MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Seater Construction, Inc.
c/o Scott J. Gartner, Registered Agent
382 Lake Street
Antioch, IL 60002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin P. McJessy
McJessy, Ching & Thompson
3759 N. Ravenswood, Ste. 231
Chicago, Illinois 60613
(773) 880-1260

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

**December 19, 2007**

(By) DEPUTY CLERK

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____    _____
                     Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClientCaseID: SHEILA
Law Firm ID: MCJESSY



CaseReturnDate: 1/9/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **07C7120**

**I, REGINA BATES**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT  **SEATER CONSTRUCTION INC**
PERSON SERVED  **SCOTT J. GARTNER, AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **1/8/08**

That the sex, race and approximate age of the person whom I left the  **SUMMONS AND COMPLAINT** are as follow:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | MALE | **Race** | WHITE | **Age** | 30s |
| **Height** | 5' 9" | **Build** | MEDIUM | **Hair** | BROWN |

LOCATION OF SERVICE  **180 N LASALLE 1400 CHICAGO, IL, 60601**

Date Of Service  **1/8/08**   Time of Service

REGINA BATES     1/8/2008
Special Process Server
P.E.R.C. #129-295022

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.