UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Chicago Regional Council of Carpenters Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:07−cv−07120

Honorable John W. Darrah

Seater Construction Co., Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

MINUTE entry before Judge John W. Darrah : Status hearing held and continued to 3/20/08 at 9:00 a.m. The Court will set the time for defendant to file responsive pleadings at the next status. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.